## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Alliance Mortgage Investments, Inc., | ) | Case No. 07-10941 (CSS) |
| | ) | |
| Debtor. | ) | **Re: Docket No. 422** |
| | ) | |
| | ) | |
| In re: | ) | Chapter 7 |
| | ) | |
| Alliance Bancorp, | ) | Case No. 07-10942 (CSS) |
| | ) | |
| Debtor. | ) | **Re: Docket No. 801** |
| | ) | |

## CERTIFICATION OF NO OBJECTION REGARDING APPLICATION OF TRACY L. KLESTADT, TRUSTEE OF ALLIANCE MORTGAGE INVESTMENTS, INC. AND ALLIANCE BANCORP, TO EMPLOY AND RETAIN  ALVAREZ & MARSAL DISPUTE ANALYSIS & FORENSIC SERVICES, LLC AS SPECIAL FINANCIAL ADVISORS AND CONSULTANTS PURSUANT TO 11 U.S.C. SECTIONS 327(a) AND FEDERAL RULES OF BANKRUPTCY PROCEDURE 2014(a) AND 2016 *NUNC PRO TUNC* TO MARCH 7, 2011

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading has been received regarding the **Application of Tracy L. Klestadt, Trustee of Alliance Mortgage Investments, Inc. and Alliance Bancorp, to Employ and Retain Alvarez & Marsal Dispute Analysis & Forensic Services, LLC as Special Financial Advisors and Consultants Pursuant to 11 U.S.C. Sections 327(a) and Federal Rules of Bankruptcy Procedure 2014(a) and 2016 *Nunc Pro Tunc to* March 7, 2011** (the "Application") filed on March 31, 2011.  The undersigned further certifies that after reviewing the Court's docket in this case, no answer, objection or other responsive pleading to the Application appears thereon.   Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than April 21, 2011 at 4:00 p.m.

WM1A 998267v1 04/20/11

It is hereby respectfully requested that the Order attached to the Application be entered at the earliest convenience of the Court.

Dated: April 26, 2011

FOX ROTHSCHILD LLP

By: _____
Jeffrey M. Schlerf (No. 3047)
Eric M. Sutty (No. 4007)
Seth A. Niederman (No. 4588)
L. John Bird (No. 5310)
Citizens Bank Center
919 North Market Street, Suite 1600
Wilmington, DE 19801
Telephone:    (302) 654-7444

-and-

KLESTADT & WINTERS, LLP
Sean C. Southard (SS-2825)
Joseph C. Corneau (JC-1721)
292 Madison Avenue, 17th Floor
New York, New York 10017
Telephone:    (212) 972-3000

Attorneys to Tracy L. Klestadt,
Chapter 7 Trustee