**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 7 |
|  | ) | Case No. 07-10941 (CSS) |
| Alliance Mortgage Investments, Inc., | ) ) |  |
| Debtor. | ) |  |
| ——————————————— | ) ) |  |
| In re: | ) ) | Chapter 7 |
|  | ) | Case No. 07-10942 (CSS) |
| Alliance Bancorp, | ) ) |  |
| Debtor. | ) |  |
| ——————————————— | ) |  |

**RESPONSE OF TRACY L. KLESTADT, IN HIS CAPACITY AS CHAPTER 7 TRUSTEE OF ALLIANCE MORTGAGE INVESTMENTS, INC. AND ALLIANCE BANCORP, TO REQUEST FOR STATUS REPORT REGARDING CHAPTER 7 CASES**

Tracy L. Klestadt (the "Trustee"), Chapter 7 Trustee of Alliance Mortgage Investments, Inc. ("AMI") and Alliance Bancorp ("AB," and together with AMI, the "Debtors"), hereby files this status report (the "Status Report") in response to the Court's request for a status report regarding the Debtor's Chapter 7 cases (the "Chapter 7 Cases").

**Status Report**

1.      The administration of the Chapter 7 Cases is nearing completion. As reported to the Court in the *Response of Tracy L. Klestadt, in his Capacity as Chapter 7 Trustee of Alliance Mortgage Investments, Inc. and Alliance Bancorp, to Notice and Order of Request for Status Report* (the "Adversary Proceeding Report") dated February 3, 2017 [Adv. Proc. Docket No. 42], filed in the Adversary Proceeding encaptioned *Klestadt v. The United States of America*, Adv. Proc. No. 12-50779(CSS) (the "U.S. Adversary Proceeding"), the efforts of the Chapter 7 Trustee are primarily focused on the ongoing discussions with the United States, through the

Department of Justice, to resolve the U.S. Adversary Proceeding.

      2.      The U.S. Adversary Proceeding, and the Estate causes of action represented thereby, is the last material asset of the Debtor's estates to be administered. All other known assets of the Debtor's estates have been reduced to cash or otherwise administered[1].

      3.      As of January 31, 2017, the estate of the Debtor AB has cash on hand in the approximate amount of $921,229 available for distribution to creditors. The Debtor AMI presently has cash on hand in the approximate amount of $2,303 available for distribution to creditors.

      4.      Upon resolution of the U.S. Adversary Proceeding, the Chapter 7 Trustee will then be able to determine the means for distribution of the assets of the Debtors' estates. Early in the Chapter 7 Cases, the Court entered its *Order Authorizing Trustee's Limited Use of Cash Collateral Pursuant to 11 U.S.C. § 363 and Granting Replacement Liens, Adequate Protection and Administrative Priority Claims to Certain Pre-Petition Lenders* (the "Cash Collateral Order") [Docket No. 228]. Pursuant to the Cash Collateral Order, the Agent (as defined therein) and other Pre-Petition Lenders (as defined therein) were granted replacement liens on all assets of the Debtors' estates (including avoidance actions) and superpriority administrative expense claims in exchange for the Chapter 7 Trustee's use of Cash Collateral (as defined therein). The Trustee also stipulated that the Agent and other Pre-Petition Lenders had valid and unavoidable claims against the Debtor in the amount of $100,515,580, of which up to $25,000,000 was secured by the Debtors' assets, and at least $75,515,580 constituted a general unsecured claim. The Cash Collateral Order did not provide for a "carve-out" for other general unsecured creditors.

---

[1] The Chapter 7 Trustee has been contacted by Oak Point Partners, Inc. ("Oak Point") concerning a sale of "remnants." The Trustee will promptly seek approval of a transaction with Oak Point following the resolution of the Adversary Proceeding.

5.       The Chapter 7 Trustee's administration of the Debtors' estates has resulted in modest recoveries. It is unlikely that recoveries to date will satisfy the adequate protection liens granted by the Cash Collateral Order, much less the acknowledged $25 million secured claim of the Agent and other Pre-Petition Lenders. As a result, the Trustee believes that substantially all of the recoveries in these Chapter 7 Cases will be distributed to the Agent and other Pre-Petition Lenders.

## Conclusion

The Trustee will continue his efforts to resolve the U.S. Adversary Proceeding and complete the administration of the Debtors' estates as soon as is possible.

Dated:        Wilmington, Delaware
              February 27, 2017

                                        FOX ROTHSCHILD LLP


                             By:      */s/ L. John Bird*_____
                                      Jeffrey M. Schlerf (No. 3047)
                                      L. John Bird (No. 5310)
                                      919 North Market Street, Suite 300
                                      Wilmington, Delaware 19801
                                      (302) 654-7444

                                               -and-

                                      KLESTADT WINTERS JURELLER
                                      SOUTHARD & STEVENS, LLP
                                      Tracy L. Klestadt
                                      Joseph C. Corneau
                                      200 West 41st Street, 17th Floor
                                      New York, New York 10036
                                      (212) 972-3000

                                      Attorneys for Tracy L. Klestadt,
                                      Chapter 7 Trustee