# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: § | |
| § | |
| ALLIANCE MORTGAGE § | Case No. 1:07-10941-CSS |
| INVESTMENTS, INC. § | |
| § | |
| Debtor § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

TRACY L. KLESTADT, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 2,449.00          Assets Exempt: 0.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 1,246,089.56          Claims Discharged
                                                        Without Payment: 80,985,286.01

Total Expenses of Administration: 62,638.02

---

3) Total gross receipts of $1,308,727.58 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $1,308,727.58 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $NA | $25,762,072.81 | $25,762,072.81 | $1,246,089.56 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 62,638.02 | 62,638.02 | 62,638.02 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 80,985,286.01 | 80,985,286.01 | 0.00 |
| **TOTAL DISBURSEMENTS** | $NA | $106,809,996.84 | $106,809,996.84 | $1,308,727.58 |

4) This case was originally filed under chapter 7 on 07/13/2007. The case was pending for 153 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/21/2020          By:/s/TRACY L. KLESTADT
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| BANK ACCOUNTS | 1129-000 | 2,430.14 |
| TAX REFUND | 1224-000 | 1,306,297.44 |
| TOTAL GROSS RECEIPTS |  | $1,308,727.58 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $NA |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3B | N. A. Wells Fargo Bank | 4110-000 | NA | 25,000,000.00 | 25,000,000.00 | 1,246,089.56 |
| 5 | Bayview Financial L.P. | 4210-000 | NA | 762,072.81 | 762,072.81 | 0.00 |
| TOTAL SECURED CLAIMS |  |  | $NA | $25,762,072.81 | $25,762,072.81 | $1,246,089.56 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRACY L. KLESTADT | 2100-000 | NA | 62,511.83 | 62,511.83 | 62,511.83 |
| TRACY L. KLESTADT | 2200-000 | NA | 0.00 | 0.00 | 0.00 |
| Bank of America | 2600-000 | NA | 26.19 | 26.19 | 26.19 |
| The Bank of New York Mellon | 2600-000 | NA | 100.00 | 100.00 | 100.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $NA | $62,638.02 | $62,638.02 | $62,638.02 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $NA | $NA | $NA | $NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9 | Department of the Treasury - Internal Revenue Service | 5800-000 | NA | 0.00 | 0.00 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $NA | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | 1000 Marina, Llc | 7100-000 | NA | 925,743.03 | 925,743.03 | 0.00 |
| 1 | California State Teachers" Ret. Sy | 7100-000 | NA | 104,491.28 | 104,491.28 | 0.00 |
| 7 | Great American Insurance Company | 7100-000 | NA | 3,753,000.00 | 3,753,000.00 | 0.00 |
| 6 | Interthinx | 7100-000 | NA | 342,409.10 | 342,409.10 | 0.00 |
| 8 | Interthinx | 7100-000 | NA | 344,062.60 | 344,062.60 | 0.00 |
| 3A | N. A. Wells Fargo Bank | 7100-000 | NA | 75,515,580.00 | 75,515,580.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $NA | $80,985,286.01 | $80,985,286.01 | $0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| | | |
|---|---|---|
| Case No: | 1:07-10941-CSS    CSS    Judge:    Christopher S. Sontchi | Trustee Name:    TRACY L. KLESTADT |
| Case Name: | ALLIANCE MORTGAGE INVESTMENTS, INC. | Date Filed (f) or Converted (c):    07/13/2007 (f) |
| | | 341(a) Meeting Date:    08/15/2007 |
| For Period Ending: | 01/21/2020 | Claims Bar Date:    10/04/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. BANK ACCOUNTS | 2,449.00 | 0.00 | OA | 2,430.14 | FA |
| 2. TAX REFUND (u) | 0.00 | 2,814,636.00 | | 1,306,297.44 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| | | | | |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $2,449.00 | $2,814,636.00 | $1,308,727.58 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

RE PROP #    1  --  CHECKING ACCOUNT #01-325770 - LIBERTY BANK-500 LINDEN AVENUE, SOUTH SAN FRANCISCO, CA 94080

WELLS FARGO BANK CORPORATE TRUST
SERVICES N9303-120
SIXTH ST. AND MARQUETTE AVE.
MINNEAPOLIS, MN 55479
ATTN: JEFF ROSE
(LIEN HOLDER)

Although abandoned by the interim trustee, the bank accounts (Asset 1) were received by the Trustee, subject to the liens of Wells Fargo N.A. The funds in these accounts are either (a) cash collateral or (b) "Custodial Funds." The accounts described as The Winter Group were not actually bank accounts but instead were funds held by The Winter Group with respect to pre-petition transactions with the Debtor.

RE PROP #    2  --  An adversary proceeding was commenced on June 27, 2012 encaptioned Tracy L. Klestadt, in his capacity as Chapter 7 Trustee of Alliance Mortgage Investments and Alliance Bancorp v. United States of America, Adv. Proc. No. 12-50779. Settlement was reached purusant to order at D.I. 539.

Exhibit 8

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 1:07-10941-CSS | Trustee Name: | TRACY L. KLESTADT |
| Case Name: | ALLIANCE MORTGAGE INVESTMENTS, INC. | Bank Name: | Bank of America |
| | | Account Number/CD#: | XXXXXX4896 |
| | | | Checking Account |
| Taxpayer ID No: | XX-XXX4577 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 01/21/2020 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/26/07 | 1 | Liberty Bank<br>500 Linden Avenue<br>So. San Francisco<br>CA 94080 | Proceeds of account closure.<br>Acct #01-325770. | 1129-000 | $2,430.14 | | $2,430.14 |
| 10/31/11 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $3.10 | $2,427.04 |
| 11/30/11 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $2.99 | $2,424.05 |
| 12/30/11 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $2.99 | $2,421.06 |
| 01/31/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $3.18 | $2,417.88 |
| 02/29/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $2.87 | $2,415.01 |
| 03/30/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $2.97 | $2,412.04 |
| 04/30/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $3.06 | $2,408.98 |
| 05/31/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $3.06 | $2,405.92 |
| 06/21/12 | | Bank of America | | 2600-000 | | $1.97 | $2,403.95 |
| 06/21/12 | | Transfer to Acct# XXXXXX9768 | Transfer of Funds | 9999-000 | | $2,403.95 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $2,430.14 | $2,430.14 |
| Less: Bank Transfers/CD's | $0.00 | $2,403.95 |
| Subtotal | $2,430.14 | $26.19 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $2,430.14 | $26.19 |

Page Subtotals: $2,430.14   $2,430.14

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 1:07-10941-CSS
Case Name: ALLIANCE MORTGAGE INVESTMENTS, INC.
Trustee Name: TRACY L. KLESTADT
Bank Name: Team Capital Bank
Account Number/CD#: XXXXXX9768
Checking Account
Taxpayer ID No: XX-XXX4577
Blanket Bond (per case limit): $5,000,000.00
For Period Ending: 01/21/2020
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/21/12 | | Transfer from Acct# XXXXXX4896 | Transfer of Funds | 9999-000 | $2,403.95 | | $2,403.95 |
| 09/23/14 | | Transfer to Acct # xxxxxx0545 | Transfer of Funds | 9999-000 | | $2,403.95 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $2,403.95 | $2,403.95 |
| Less: Bank Transfers/CD's | $2,403.95 | $2,403.95 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

Page Subtotals: $2,403.95  $2,403.95

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 1:07-10941-CSS  
Case Name: ALLIANCE MORTGAGE INVESTMENTS, INC.  
Taxpayer ID No: XX-XXX4577  
For Period Ending: 01/21/2020  

Trustee Name: TRACY L. KLESTADT  
Bank Name: The Bank of New York Mellon  
Account Number/CD#: XXXXXX0545  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/23/14 | | Transfer from Acct # xxxxxx9768 | Transfer of Funds | 9999-000 | $2,403.95 | | $2,403.95 |
| 10/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,393.95 |
| 11/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,383.95 |
| 12/05/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,373.95 |
| 01/08/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,363.95 |
| 02/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,353.95 |
| 03/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,343.95 |
| 04/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,333.95 |
| 05/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,323.95 |
| 06/05/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,313.95 |
| 07/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,303.95 |
| 07/09/15 | | Transfer to Acct # xxxxxx8822 | Transfer of Funds | 9999-000 | | $2,303.95 | $0.00 |

COLUMN TOTALS    $2,403.95    $2,403.95

Page Subtotals:    $2,403.95    $2,403.95

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

| | | |
|---|---:|---:|
| Less: Bank Transfers/CD's | $2,403.95 | $2,303.95 |
| Subtotal | $0.00 | $100.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $100.00 |

Exhibit 9

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 1:07-10941-CSS | Trustee Name: | TRACY L. KLESTADT |
|---|---|---|---|
| Case Name: | ALLIANCE MORTGAGE INVESTMENTS, INC. | Bank Name: | EmpireNationalBank |
| | | Account Number/CD#: | XXXXXX8822 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX4577 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 01/21/2020 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/09/15 | | Transfer from Acct # xxxxxx0545 | Transfer of Funds | 9999-000 | $2,303.95 | | $2,303.95 |
| 06/22/17 | 2 | United States Treasury<br>Kansas City, MO | Tax refund | 1224-000 | $1,306,297.44 | | $1,308,601.39 |
| 09/10/19 | 501 | TRACY L. KLESTADT<br>292 MADISON AVENUE17th FLOOR<br>NEW YORK, NY  10017-6314 | Final distribution | 2100-000 | | $62,511.83 | $1,246,089.56 |
| 09/10/19 | 502 | N. A. Wells Fargo Bank<br>c/o Allan S. BrilliantGoodwin Procter LLP599 Lexington Avenue<br>New York, NY  10021 | Final distribution to claim 3 | 4110-000 | | $1,246,089.56 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $1,308,601.39 | $1,308,601.39 |
| Less: Bank Transfers/CD's | $2,303.95 | $0.00 |
| Subtotal | $1,306,297.44 | $1,308,601.39 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $1,306,297.44 | $1,308,601.39 |

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*    Page Subtotals:    $1,308,601.39    $1,308,601.39

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0545 - Checking | $0.00 | $100.00 | $0.00 |
| XXXXXX4896 - Checking Account | $2,430.14 | $26.19 | $0.00 |
| XXXXXX8822 - Checking | $1,306,297.44 | $1,308,601.39 | $0.00 |
| XXXXXX9768 - Checking Account | $0.00 | $0.00 | $0.00 |
| | $1,308,727.58 | $1,308,727.58 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $1,308,727.58 |
| Total Gross Receipts: | $1,308,727.58 |

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

Page Subtotals:    $0.00    $0.00